**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ERWIN PERNELL PETTAWAY, <br><br> Defendant. | Crim. Action No. 17-cr-00212 (BAH) <br><br> Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of defendant Erwin Pernell Pettaway's Motion to Dismiss Indictment, ECF No. 14, the related legal memoranda in support of and opposition to this motion, the arguments presented at the motions hearing, and the entire record herein, for the reasons set out in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion to Dismiss Indictment is DENIED.

**SO ORDERED.**

*This is a final and appealable order.*

Date: March 1, 2018

_____
BERYL A. HOWELL
Chief Judge